IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXANDER PRESNIAKOV, | No. C-04-0831 MJJ |
| Plaintiffs, | **ORDER RE STATUS STATEMENT** |
| v. | |
| RETAIL DISTRIBUTORS, LLC, et al., | |
| Defendants. | |

Upon reviewing the docket in this matter, the Court notes that there has been a period of inactivity. To apprise the Court of any recent development and to ensure the progress and resolution of this matter, the Court directs the parties to file a <u>joint statement</u> detailing the current status of this action. The parties shall file the statement within <u>(14) fourteen days of the filing date of this Order</u>. If, upon reviewing the parties' statement, the Court finds a status hearing necessary, it will contact the parties with the hearing date and time.

**IT IS SO ORDERED.**

Dated:   11/30/07

MARTIN J. JENKINS
UNITED STATES DISTRICT JUDGE