IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ALEXANDER PRESNIAKOV,

    Plaintiff,

  v.

RETAIL DISTRIBUTORS LLC, et al.,

    Defendants.

                                             /

No. C 04-00831 JSW

**ORDER RE JOINT STATUS REPORT**

On February 15, 2008, this matter was reassigned to this Court. The Court has considered the parties' joint status report dated December 14, 2007. If any party wishes the Court to take further action on this case, *i.e.* to lift the stay or to dismiss for failure to prosecute, that party should file a properly noticed motion requesting such relief from the Court.

**IT IS SO ORDERED.**

Dated: February 21, 2008

                                            JEFFREY S. WHITE
                                            UNITED STATES DISTRICT JUDGE