IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ALEXANDER PRESNIAKOV,

    Plaintiff,

v.

RETAIL DISTRIBUTORS LLC, et al.,

    Defendants.
                                         /

No. C 04-00831 JSW

**ORDER SETTING STATUS CONFERENCE**

On February 15, 2008, this matter was reassigned to this Court. On February 21, 20088, having considered the parties' status report dated December 14, 2007, the Court issued an Order advising the parties that if any party wishes the Court to take further action on this case, *i.e.* to lift the stay or to dismiss for failure to prosecute, that party should file a properly noticed motion requesting such relief from the Court. No such motions have been filed.

The Court HEREBY ORDERS all parties to this action to appear for a status conference on Friday, October 3, 2008 at 1:30 p.m.

**IT IS SO ORDERED.**

Dated: September 12, 2008

                                                  JEFFREY S. WHITE
                                                UNITED STATES DISTRICT JUDGE