IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ALEXANDER PRESNIAKOV,

    Plaintiff,

    v.

RETAIL DISTRIBUTORS LLC, et al.,

    Defendants.

No. C 04-00831 JSW

**ORDER TO SHOW CAUSE**

On February 15, 2008, this matter was reassigned to this Court. On February 21, 20088, having considered the parties' status report dated December 14, 2007, the Court issued an Order advising the parties that if any party wishes the Court to take further action on this case, *i.e.* to lift the stay or to dismiss for failure to prosecute, that party should file a properly noticed motion requesting such relief from the Court. No such motions were filed. Accordingly, on September 12, 2008, the Court issued an Order setting a status conference for October 3, 2008, at 1:30 p.m. Plaintiff did not appear at the status conference. Accordingly, Plaintiff is HEREBY ORDERED TO SHOW CAUSE, in writing, why this matter should not be dismissed for failure to prosecute. Plaintiff's response shall be due on or before October 14, 2008. Failure to respond to this Order to show cause shall result in the dismissal of this action without prejudice.

**IT IS SO ORDERED.**

Dated: October 6, 2008

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE