IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ALEXANDER PRESNIAKOV,

    Plaintiff,

  v.

RETAIL DISTRIBUTORS LLC, et al.,

    Defendants.

                                   /

No. C 04-00831 JSW

**ORDER DISCHARGING ORDER TO SHOW CAUSE**

    The Court has received and considered Plaintiff's response to the Order to Show Cause, issued October 6, 2008. Although the response was filed one day later, the Court finds good cause exists and HEREBY DISCHARGES the Order to Show Cause.

    However, if Plaintiff does not pursue the arbitration, Plaintiff must file a motion to lift the stay by no later than October 31, 2008. Failure to comply with this deadline shall result in the dismissal of Plaintiff's claims in this Court. Further, although the Court is allowing Plaintiff to move to lift the stay, it expresses no opinion on the merits of a motion to proceed in this Court.

    **IT IS SO ORDERED.**

Dated: October 16, 2008

                                          JEFFREY S. WHITE
                                          UNITED STATES DISTRICT JUDGE