IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ALEXANDER PRESNIAKOV,

    Plaintiff,

v.

RETAIL DISTRIBUTORS LLC, et al.,

    Defendants.
                                         /

No. C 04-00831 JSW

**ORDER SETTING FURTHER STATUS CONFERENCE AND ORDER TO SHOW CAUSE**

    The Court has read and considered the parties' separate status conference statements, and HEREBY ORDERS the parties to appear for a further status conference on **Friday, January 23, 2009 at 1:30 p.m.** At that status conference, Plaintiff shall be prepared to address whether he has filed a new demand for arbitration or whether the American Arbitration Association has agreed to reinstate his prior demand.

    All counsel are FURTHER ORDERED TO SHOW CAUSE why sanctions, monetary or otherwise, should not be imposed for failing to comply with this Court's Order to submit a *joint* status report to the Court. Counsel's response shall be due to the Court by no later than January 9, 2009.

    **IT IS SO ORDERED.**

Dated: December 11, 2008

                                                               JEFFREY S. WHITE
                                                               UNITED STATES DISTRICT JUDGE