**United States District Court**
For the Northern District of California

1
2
3
4
5

6 IN THE UNITED STATES DISTRICT COURT

7
8 FOR THE NORTHERN DISTRICT OF CALIFORNIA

9 ALEXANDER PRESNIAKOV,

10     Plaintiff,                         No. C 04-00831 JSW

11   v.                                        **ORDER CONTINUING STATUS CONFERENCE, DIRECTING CLIENTS TO APPEAR, AND IMPOSING SANCTIONS**

12 RETAIL DISTRIBUTORS LLC, et al.,

13     Defendants.
                                                /

14

15         The Court has received and considered the parties' Joint Stipulation Resetting the January 23, 2009 status conference to February 6, 2009. The Court GRANTS the parties' request but, given the age of this case and the previous scheduling problems, does so with reluctance and displeasure. The Court FURTHER ORDERS that Alexander Presniakov, a client representative of Retail Distributors, LLC, and Ray Wysocki **shall appear in person** at the February 6, 2009 status conference.

        The Court has also considered the parties' responses to the Order to Show Cause as to why the Court should not impose sanctions for failing to file a joint status report. The Court does not find the reasons set forth by Plaintiff's counsel or by counsel for Retail Distributors and Ray Wysocki to excuse their failure to comply with this Court's Order. Accordingly, the Court HEREBY IMPOSES sanctions upon Counsel for these parties in the amount of 500.00 to be paid to the Clerk of the Court by no later than ten (10) days from the date of this Order. This

1  sanction shall be paid by counsel and shall not be passed along to their clients.

2  **IT IS SO ORDERED.**

3  Dated: January 23, 2009

                                                                                                                JEFFREY S. WHITE
                                                                                                                UNITED STATES DISTRICT JUDGE

**United States District Court**
For the Northern District of California