IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ALEXANDER PRESNIAKOV,

    Plaintiff,

v.

RETAIL DISTRIBUTORS LLC, et al.,

    Defendants.
                                      /

No. C 04-00831 JSW

**ORDER TO SHOW CAUSE AS TO WHY COUNSEL SHOULD NOT BE HELD IN CONTEMPT OF COURT**

        On December 11, 2008, this Court issued an Order setting a status conference for January 23, 2009. On January 22, 2009, the Court received the parties' stipulation to continue the status conference from January 23, 2009 to February 6, 2009. The Court granted the parties' request, but ordered Mr. Presniakov, Mr. Wysocki, and a client representative of Retail Distributors LLC to appear on that date.

        On February 6, 2009, the Court held the status conference. Mr. Presniakov did appear in person, but was late. Because the Court received conflicting explanations as to when Mr. Presniakov was notified of his obligation to appear in person, the Court ordered Mr. Presniakov's counsel to file a declaration by February 13, 2009, setting forth an explanation of exactly when Mr. Presniakov was informed of his obligation to appear at the status conference.

        As of the date of this Order, counsel has failed to comply with the Court's Order to submit a declaration. Accordingly, counsel for Plaintiff are HEREBY ORDERED TO SHOW CAUSE why they should not be held in contempt for failure to comply with this Court's order. A written response to this Order shall be due by no later than March 6, 2009, and unless

otherwise ordered by the Court, counsel shall appear for a hearing on this Order to Show Cause on March 20, 2009 at 1:30 p.m.

**IT IS SO ORDERED.**

Dated: Feburary 18, 2009

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE