1  Mark L. Pettinari, Esq. (CA Bar No. 119293)
   LAW OFFICES OF MARK L. PETTINARI
2  530 Bush Street, Suite 801
   San Francisco, CA  94108
3  Telephone:       (415) 240-4200
4  Facsimile:        (415) 240-4202
   Email:            mlpettinari@mlplawoffices.com
5
   Gregory J. Aceto, Esq. (CA Bar No. 150979)
6  JOHNSON & ACETO, LLP
   67 Batterymarch Street
7  Boston, MA  02110
   Telephone:       (617) 728-0888
8  Facsimile:        (617) 338-1923
9  Email:            aceto@johnsonaceto.com

10 *Attorneys for Defendants*
   *Retail Distributors, LLC and Ray Wysocki*
11

12                 IN THE UNITED STATES DISTRICT COURT

13             FOR THE NORTHERN DISTRICT OF CALIFORNIA

14                       SAN FRANCISCO DIVISION

15 | ALEXANDER PRESNIAKOV,                      ) Case No.: C04-00831 JSW
                                                )
16 |            Plaintiff,                      )
                                                ) **~~PROPOSED~~ ORDER REGARDING**
17 |     vs.                                    ) **TELEPHONIC APPEARANCE OF**
                                                ) **ATTORNEY ACETO**
18 | RETAIL DISTRIBUTORS, LLC, a Delaware       )
     Limited Liability Company, TARA            )
19 | PRODUCTIONS, INC., a Florida Corporation,  )
     KIM BANCHS, an individual, RAY             )
20 | WYSOCKI, an individual, and DOES 1         ) Honorable Jeffrey S. White
     through 20, inclusive,                     )
21 |                                            )
                Defendants.                     )
22

23     This Honorable Court hereby grants the Defendants' request for Attorney Gregory J.

24 Aceto to appear telephonically at the hearing scheduled for March 5, 2010 at 1:30.

25

26

   CIVIL ACTION NO.:  C04-00831 JSW                                                    1
   **REQUEST TO APPEAR TELEPHONICALLY BY ATTORNEY ACETO**

1
2
3
4   Dated this <u>4th</u>day of March, 2010
5
6
...

It is so Ordered,

By: *Jeffrey S. White* (signature)
Honorable Jeffrey S. White
United States District Judge

CIVIL ACTION NO.: C04-00831 JSW
**REQUEST TO APPEAR TELEPHONICALLY BY ATTORNEY ACETO**

2