John Gregory Downing (State Bar No. 157717)
LAW OFFICES OF JOHN G. DOWNING
10069 West River Street, Suite 6C
Truckee, CA 96161
Tel: (530) 582-9182
Fax: (530) 579-5062
Email: john@downinglaw.com

Attorneys for Plaintiff
ALEXANDER PRESNIAKOV

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXANDER PRESNIAKOV,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>RETAIL DISTRIBUTORS, LLC, et al.,<br><br>　　　　Defendants. | **Case No. C 04 -00831-JSW**<br><br>~~[PROPOSED]~~ **COURT ORDER GRANTING LEAVE TO FILE SUPPLEMENTAL DECLARATION**<br><br>Date: 3/5/2010<br>Time: 1:30 p.m.<br>Dept: Hon. Jeffrey White |

　　Upon application of Plaintiff ALEXANDER PRESNIAKOV ("Presniakov") and good cause appearing, IT IS HEREBY ORDERED that Presniakov may file the Supplemental Downing Declaration in Response to the Court's Order to Show Cause As To Why Case Should Not Be Dismissed for Failure to Prosecute and Why Sanctions Should Not be Imposed and Setting Hearing.

Dated: March 8, 2010

　　　　　　　　　　　　　　　　　　　　/s/ Jeffrey S. White
　　　　　　　　　　　　　　　　　　　　United States District Court Judge

**Order Granting Leave to File
Supplemental Downing Declaration**
*Presniakov v. RDI* **(ND Case No. C-04-00831-JSW)**